# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fallon, Sherry R. | U.S. District Court - Delaware | 08/07/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, Full Time | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2016 **to** 12/31/2016 |

**7. Chambers or Office Address**

J. Caleb Boggs Federal Building
844 N. King Street
Unit 14, Room 6100
Wilmington, DE 19801-3555

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 4/24/12 | Tybout, Redfearn & Pell Stock Redemption Agreement - Former Law Firm's redemption of equity interest over 3 year period for a fixed sum, no profit sharing |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Self- Employed Attorney |
| 2. | 2016 | Newark Properties, LLC (rental income from property owned by Law Firm) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fallon, Sherry R. | 08/07/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | Credit Card | K |
| 2. ▬▬▬▬▬ | Tuition | K |
| 3. | | |
| 4. ▬▬▬▬▬ | Tuition | K |
| 5. AAA Visa | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Fallon, Sherry R. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Southern Company Common Stock | B | Dividend | K | T | | | | | |
| 2. McDonalds Common Stock | A | Dividend | J | T | | | | | |
| 3. Fidelity 529 Plan - Delaware Portfolio 2012 | C | Dividend | J | T | | | | | |
| 4. Fidelity 529 Plan - Delaware Portfolio 2018 | A | Dividend | M | T | | | | | |
| 5. Empower Retirement Tybout Redfearn & Pell 401(K) Plan (formerly Emjay | | | | | | | | | |
| 6. -American Funds Growth Fund of America A | E | Dividend | N | T | | | | | |
| 7. -American Funds American Balanced Fund A | D | Dividend | M | T | | | | | |
| 8. -American Funds Euro-Pacific Growth Fund A | D | Dividend | M | T | | | | | |
| 9. - American Funds SMALLCAP World Fund A | D | Dividend | M | T | | | | | |
| 10. Franklin Templeton - Templeton Growth Fund Class A | A | Dividend | J | T | | | | | |
| 11. New York Life - Whole Life Insurance Policy | A | Dividend | L | T | | | | | |
| 12. Lincoln National Life Insurance - Universal Life Policy | A | Interest | J | T | | | | | |
| 13. PNC - Accounts | A | Interest | L | T | | | | | |
| 14. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. IRA - | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fallon, Sherry R. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Vanguard International Growth | B | Dividend | L | T | | | | | |
| 19. -Vanguard International Value | C | Dividend | L | T | | | | | |
| 20. -Vanguard Explorer | B | Dividend | K | T | | | | | |
| 21. -Vanguard U.S. Growth | A | Dividend | K | T | | | | | |
| 22. -Vanguard Long Term Investment Growth | C | Interest | K | T | | | | | |
| 23. -Vanguard Morgan Growth | B | Dividend | L | T | | | | | |
| 24. -Vanguard Small Cap Value Index | C | Dividend | K | T | | | | | |
| 25. -Vanguard Target Retirement 2035 | D | Dividend | M | T | | | | | |
| 26. -Vanguard Total Stock Market Index | D | Dividend | L | T | | | | | |
| 27. -Vanguard Windsor | C | Dividend | K | T | | | | | |
| 28. -Vanguard Windsor II | D | Dividend | K | T | | | | | |
| 29. Mass Mutual 401(K) | | | | | | | | | |
| 30. -Select Total Return Bond MetWest | C | Dividend | K | T | | | | | |
| 31. -Comstock (Invesco)(formerly known as Disciplined Value Pioneer) | E | Dividend | M | T | | | | | |
| 32. -Disciplined Value (Pioneer) (Y) now known as Comstock (Invesco) | | | | | | | | | |
| 33. -Select Equity Opps (Wellington ITRP) (formerly Focused Value) | E | Dividend | L | T | | | | | |
| 34. -Select Growth Opportunities (Sands/ JSP) | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fallon, Sherry R.** | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -American Balanced Fund (X) | D | Dividend | L | T | | | | | |
| 36. -Special Mid - Cap Value Wells Fargo (formerly known as Invesco Mid C | E | Dividend | L | T | | | | | |
| 37. -Invesco Mid-Cap Core Equity (Y) now known as Special Mid-Cap Value We | | | | | | | | | |
| 38. -TRP/Frontier Select Mid - Cap Growth II | C | Dividend | L | T | | | | | |
| 39. -William Blair Small Cap Growth | E | Dividend | L | T | | | | | |
| 40. -American EuroPacific Growth | A | Dividend | L | T | | | | | |
| 41. Wells Fargo - Accounts | A | Interest | K | T | | | | | |
| 42. Capital One - Account | A | Interest | L | T | | | | | |
| 43. WSFS - Account | A | Interest | K | T | | | | | |
| 44. HSA Bank - Account | A | Interest | J | T | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Fallon, Sherry R.** | 08/07/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Number 32 was omitted from the original disclosure report because the fund is now known by the name of the fund in Number 31. The Fund name is Comstock (Invesco) (formerly known as Disciplined Value (Pioneer).

Part VII. Number 37 was omitted from the original disclosure report because the fund is now known by the name of the fund in Number 36. The Fund name is Special Mid Cap Value Wells Fargo (Columbia).

The form would not allow me sufficient space to accurately complete these name changes noted above, where indicated.

These funds are part of [          ] 401(k) plan managed by Mass Mutual. [          ] has no control over the exchanges and re-naming of these funds as investment decisions concerning the specific funds are in the exclusive control of Mass Mutual who manages this 401(k) plan for multiple plan participants. These exchanges are non-taxable events for [          ], as we have not withdrawn or borrowed against any of the funds managed by Mass Mutual in the 401(k) plan.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sherry R. Fallon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544